UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case: 2:17-cr-20662-DML-EAS
    Honorable: David M. Lawson

D-1 CELIA WASHINGTON,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S *EX PARTE* MOTION TO SEAL MOTIONS

Defendant filed an Ex Parte Motion to Seal the following Motions:

| | | |
|---|---|---|
| 1. | Docket No: 16 | Defendant's 12(b) Motion for Dismissal; |
| 2. | Docket No: 17 | Defendant's Motion to Introduce Recorded Statements; |
| 3. | Docket No: 18 | Motion to Suppress Defendant's Proffer Agreement Statements During the Government's Case in Chief; |
| 4. | Docket No: 19 | Defendant's Motion to Dismiss Indictment; |
| 5. | Docket No: 20 | Defendant's Motion for Hearing Outside the Presence of the Jury to Determine Existence of Conspiracy Before Admission of Hearsay; |
| 6. | Docket No: 21 | Defendant's 12(b) Motion for Dismissal; |
| 7. | Docket No: 22 | Defendant's Motion Regarding Wiretap Statements; |
| 8. | Docket No: 23 | Defendant's Motion for Suppress Evidence Obtained by Wiretaps. |

The Court being fully advised in the premises,

1

**IT IS HEREBY ORDERED** that Defendant's motion to seal the above motions is **GRANTED**.

s/ David M. Lawson
HON. DAVID M. LAWSON
U.S. DISTRICT COURT JUDGE

Date:  December 27, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 27, 2017.

s/Susan Pinkowski
SUSAN PINKOWSKI