UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                        Case No. 2:17−cr−20662−DML−EAS
                                              Hon. David M. Lawson

Celia Washington,

                  Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Celia Washington

The defendant(s) shall appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 716, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING: January 2, 2018 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                  By: s/S. Pinkowski
                                                                    Case Manager

Dated: December 29, 2017